UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

WALLACE CARTER-MITCHELL JR.,

     Petitioner,

 -against-          ORDER

               12 Civ. 04168 (GBD) (DCF)
SUZANNE HASTINGS, KENNETH HAAS,
CAPTAIN D. WARD, and LT. A. CRUZ,

     Respondents.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

  This Court issued an Order on April 18, 2022, (ECF No. 110), granting Respondents an extension to file a response to Petitioner's objections to Magistrate Judge Freeman's December 27, 2021 Report and Recommendation, ("R&R", ECF No. 100). The Order made reference to Petitioner's earlier request for an extension of time to file objections to the R&R. (ECF No. 101.) The Order granted this request given that Petitioner ultimately filed his objections on March 1, 2022 without a response from the Court.

  On May 5, 2022, Petitioner moved for sanctions against Respondent, because Respondent allegedly has failed to serve Petitioner with documents they file in this action. (ECF No. 112.) The record indicates that Petitioner has responded to every letter Respondent has filed in this action. Therefore, it is clear Petitioner is receiving the filings in this case. Petitioner's motion for sanctions is DENIED.

  Petitioner also moved for an extension of ten days from June 10, 2022 to file his reply in support of his objections to the R&R. (ECF No. 119.) Petitioner was originally ordered on May 20, 2022 to file his reply by June 9, 2022. (ECF No. 117.) Petitioner's request for an extension of ten days is GRANTED. Petitioner is to file his reply by June 20, 2022.

Accordingly, the Clerk of Court is directed to close the motions, (ECF No. 101, 112, and 119).

Dated: June 15, 2022
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge